IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:92-CV-0192 |
| | § | ECF |
| MICHAEL W. CLAYTON, | § | |
| | § | |
| Defendant. | § | |

## SATISFACTION OF JUDGMENT

COMES NOW the United States of America and files this Satisfaction of Judgment, as to Defendant, Michael W. Clayton. Copies of the Releases of Judgment Lien are attached hereto as Exhibit "A" and Exhibit "B".

Respectfully submitted,

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

Megan J. Fahey
Assistant United States Attorney
Texas State Bar No. 24043655
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas 76102-6882
Tel: 817.252.5200
Fax: 817.978.6361
Megan.Fahey@usdoj.gov

STATE OF TEXAS                                                                    RELEASE OF JUDGMENT LIEN
COUNTY OF TARRANT

    WHEREAS, in the cause of United States of America, v. Michael W. Clayton, Case Number 2:92-CV-0192, in the United States District Court for the Northern District of Texas, Amarillo Division, a judgment docketed on December 30, 1992, was rendered in favor of the United States of America, and against said Michael W. Clayton for the sum of $12,658.03, together with interest thereon from the date of judgment until paid at the rate of 3.72% per annum and all costs of suit; and

    WHEREAS, abstract of judgment was filed for record in the Abstract of Judgment Records as follows:

    Volume 1444, Pg 121, on February 8, 1993, Randall County, Texas and

    WHEREAS, said Judgment has been fully discharged as to Michael W. Clayton, and at the time of such discharge, the United States of America was the owner and holder of said judgment and judgment lien;

    NOW, THEREFORE, I, the undersigned, Megan J. Fahey, Assistant United States Attorney for the Northern District of Texas, acting for and on behalf of the United States of America, in said cause, hereby acknowledge that said judgment has been discharged and satisfied, and hereby release and quitclaim to the said Michael W. Clayton, and heirs, and assigns all liens arising from the entry of said judgment and the recording of the abstract thereof.

    Dated at Fort Worth, Texas, this 16th day of March, 2009.

                                                        *Megan J. Fahey*
                                                        Megan J. Fahey
                                                        Assistant United States Attorney

STATE OF TEXAS
COUNTY OF TARRANT
    BEFORE ME, the undersigned authority, on this day personally appeared Megan J. Fahey, Assistant United States Attorney, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed same for the purposes and considerations therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 16th day of March, 2009.

                                                         *Mary F. Meeks*
                                                        Notary Public, State of Texas

Mary F Meeks
Notary Public, State of Texas
My Commission Expires:
February 15, 2010

GOVERNMENT
EXHIBIT
A

STATE OF TEXAS                                                                               RELEASE OF JUDGMENT LIEN
COUNTY OF TARRANT

    WHEREAS, in the cause of United States of America, v. Michael W. Clayton, Case Number 2:92-CV-0192, in the United States District Court for the Northern District of Texas, Amarillo Division, a judgment docketed December 30, 1992, was rendered in favor of the United States of America, and against said Michael W. Clayton for the sum of $12,658.03, together with interest thereon from the date of judgment until paid at the rate of 3.72% per annum and all costs of suit; and

    WHEREAS, abstract of judgment was filed for record in the Abstract of Judgment Records as follows:

    Volume 2313, Pg 612, on March 11, 1993, Potter County, Texas and

    WHEREAS, said Judgment has been fully discharged as to Michael W. Clayton, and at the time of such discharge, the United States of America was the owner and holder of said judgment and judgment lien;

    NOW, THEREFORE, I, the undersigned, Megan J. Fahey, Assistant United States Attorney for the Northern District of Texas, acting for and on behalf of the United States of America, in said cause, hereby acknowledge that said judgment has been discharged and satisfied, and hereby release and quitclaim to the said Michael W. Clayton, and heirs, and assigns all liens arising from the entry of said judgment and the recording of the abstract thereof.

    Dated at Fort Worth, Texas, this 16th day of March, 2009.

                                                            Megan J. Fahey
                                                            Assistant United States Attorney

STATE OF TEXAS
COUNTY OF TARRANT
    BEFORE ME, the undersigned authority, on this day personally appeared Megan J. Fahey, Assistant United States Attorney, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed same for the purposes and considerations therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 16th day of March, 2009.



                                                    Notary Public, State of Texas

Mary F Meeks
Notary Public, State of Texas
My Commission Expires:
February 15, 2010



GOVERNMENT EXHIBIT B